RECEIVED

MAR 11 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Louis Edward Cox III
Plaintiff(s),

vs.

Officer Jonathan Pobuda,
Minneapolis Police Department,
in his individual and offical capacities;

Officer Marcus Oltney,
Minneapolis Police Department,
in his individual and official capacities;
Defendant(s).

L.E.C
Case No. 26-cv-1838-NEB/JFD
(To be assigned by Clerk of District Court)

**DEMAND FOR JURY TRIAL**

YES ☑    NO ☐

(Enter the full name(s) of ALL defendants in
this lawsuit.  Please attach additional sheets ✓
if necessary).

## **COMPLAINT**

### PARTIES

1. List your name, address and telephone number.  Do the same for any additional plaintiffs.

   a. Plaintiff  Louis Edward Cox III

   Name

   Street Address  2020 25th Ave N.

   County, City  Hennepin County, Minneapolis

   State & Zip Code  MN, 55411

   Telephone Number  708, 483, 2233



SCANNED
MAR 11 2026
U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

    a. Defendant No. 1 *OFFICER Jonathan Pobuda*

       Name *Officer Jonathan Pobuda*

       Street Address *Minneapolis Police Department*

       County, City *Hennepin County, Minneapolis*

       State & Zip Code *MN, 55415*

    b. Defendant No. 2 *OFFICER Marcus OTTNEY*

       Name *Officer Marcus Ottney*

       Street Address *Minneapolis Police Department*

       County, City *Hennepin County, Minneapolis*

       State & Zip Code *MN, 55415*

    c. Defendant No. 3 *Sergeant David Kluhd*

       Name

       Street Address *Minneapolis Police Department*

       County, City *Hennepin County, Minneapolis*

       State & Zip Code *MN, 55415*

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☑
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

2

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3.  What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Question          ☐ Diversity of Citizenship

4.  If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

42 U.S.C. § 1983, 42 U.S.C. § 1988, Fourth Amendment, Fourteenth Amendment, First Amendment

5.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff Name:                          State of Citizenship:

Defendant No. 1:                         State of Citizenship:

Defendant No. 2:                         State of Citizenship:

**Attach additional sheets of paper as necessary and label this information as paragraph 5.**
**Check here if additional sheets of paper are attached.** ☑

6.  What is the basis for venue in the District of Minnesota? *(check all that apply)*

☑ Defendant(s) reside in Minnesota    ☑ Facts alleged below primarily occurred in Minnesota

☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7.  Please write each single set of circumstances in a separately numbered paragraph.

7.  See attached Verified Civil Rights Complaint and Exhibits

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☑
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Plaintiff seeks compensatory damages, punative damages, attorney fees under 42 U.S.C. § 1988, declaratory relief, injunctive relief, and such other relief as the court deems appropriate.

Estimated damages exceed $ 1,000,000

Signed this 11th    day of March 2026

Signature of Plaintiff _____

Mailing Address 2020 25th Ave N #2
Minneapolis MN, 55411

1811 Irving Ave N, Minneapolis
MN, 55411

Telephone Number

708-483-2233

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.