RECEIVED
MAR 2 3 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

***AFFIDAVIT IN SUPPORT OF NOTICE OF ACKNOWLEDGMENT***

***OF MAGISTRATE JUDGE REASSIGNMENT***

***UNITED STATES DISTRICT COURT***
***DISTRICT OF MINNESOTA***

***Louis Edward Cox, III,***
***Plaintiff,***

***v.***
***[Defendants as listed in complaint],***
***Defendants.***

***Case No. 26-cv-01838 (NEB/EMB)***

***AFFIDAVIT OF LOUIS EDWARD COX, III***

*I, Louis Edward Cox, III, being first duly sworn, state as follows:*

***1. Identity of Affiant***

*I am the Plaintiff in the above-captioned matter and am proceeding pro se. I have personal knowledge of the facts set forth herein.*

***2. Receipt of Court Notice***

*On or about March 13, 2026, I received a Notice of Electronic Filing issued by the United States District Court for the District of Minnesota indicating that an Order of Recusal had been entered in this case.*

***3. Recusal and Reassignment***

*The notice reflects that Magistrate Judge John F. Docherty has recused from further proceedings and that this matter has been reassigned to Magistrate Judge Elsa M. Bullard.*

***4. Acknowledgment of Updated Case Designation***

SCANNED
MAR 2 3 2026
U.S. DISTRICT COURT MPLS

*I understand that the case designation now reflects 26-cv-01838 (NEB/EMB) and I will use this designation in all future filings.*

***5. Intent to Proceed***

*I affirm my intent to continue prosecuting this action diligently and to comply with all applicable rules and orders of the Court.*

***6. Purpose of Affidavit***

*This affidavit is submitted in support of Plaintiff's Notice of Acknowledgment of Magistrate Judge Reassignment to confirm receipt and understanding of the Court's order.*

***FURTHER YOUR AFFIANT SAYETH NOT.***

*Dated:03/20/2026*

IV

*Louis Edward Cox, III*
*Plaintiff, Pro Se*

*708-483-2233*

***NOTARY BLOCK***

*Subscribed and sworn to before me*
*this 20th day of March, 2026*

*Notary Public*

RICHARD LAMBERT HARRINGTON
Notary Public-Minnesota
My Commission Expires Jan. 31, 2031