CASE NO: 26-CV-01838

RECEIVED
APR 09 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# EXPANDED COUNTS

## COUNT 1
## UNLAWFUL WARRANTLESS ENTRY

**42 U.S.C. §1983 – Fourth Amendment**
**Constitutional Right:**

- **Fourth Amendment** (right to be secure in home)

**Legal Standard:**

- Warrantless home entry = **presumptively unconstitutional**

**Key Case Law:**

- Payton v. New York
- Kirk v. Louisiana

**Elements:**

1. Entry into a home
2. No warrant at time of entry
3. No exigent circumstances
4. No consent

**Your Facts Applied:**

- Entry at **10:58 PM**
- Warrant at **11:52 PM**
  This satisfies violation **on its face**

## COUNT 2
## UNLAWFUL SEARCH AND SEIZURE

**Fourth Amendment – §1983**
**Constitutional Right:**

- **Fourth Amendment**

**Key Case Law:**

- Mapp v. Ohio
- Wong Sun v. United States

**Legal Principle:**
"Fruit of the poisonous tree"
**Elements:**

1. Illegal entry
2. Evidence obtained after entry
3. Causal link

**Your Case:**

- Entry illegal ✓

SCANNED
APR 09 2026
U.S. DISTRICT COURT MPLS
mg

- Evidence seized ✓

  Entire search becomes **tainted**

**COUNT 3**
**FALSE OR MISLEADING WARRANT AFFIDAVIT**

**Fourth Amendment – Franks Claim**

**Constitutional Right:**

- **Fourth Amendment**

**Key Case:**

- Franks v. Delaware

**Legal Standard:**

Violation occurs when:

- False statements OR
- Material omissions
- Made knowingly or recklessly

**Elements:**

1. Omission or false statement
2. Material to probable cause
3. Intent or reckless disregard

**Your Case:**

If affidavit didn’t disclose prior entry
= **material omission**

**COUNT 4**
**MALICIOUS PROSECUTION**

**Fourth Amendment – §1983**

**Constitutional Basis:**

- **Fourth Amendment (post-seizure liberty)**

**Key Case:**

- Thompson v. Clark

**Elements:**

1. Criminal charges initiated
2. No probable cause
3. Favorable termination
4. Damages

**Your Case:**

- Charges filed ✓
- Evidence invalid ✓

- Charges dismissed ✓

  Strong claim

**COUNT 5**
**CIVIL CONSPIRACY**

**42 U.S.C. §1983**

**Legal Basis:**

- Agreement to violate constitutional rights

**Key Case:**

- Adickes v. S.H. Kress & Co.

**Elements:**

1. Two or more actors
2. Agreement
3. Overt act
4. Constitutional violation

**Your Case:**

- Multiple officers present ✓
- Joint entry ✓

  Supports conspiracy inference

**COUNT 6**
**FAILURE TO INTERVENE**

**§1983 – Fourth Amendment**

**Legal Basis:**

Officers must stop constitutional violations

**Key Case:**

- Bruner v. Dunaway

**Elements:**

1. Officer present
2. Observed violation
3. Had opportunity to intervene
4. Failed to act

**Your Case:**

Multiple officers = shared liability

**COUNT 7**
**SUPERVISORY LIABILITY**

**§1983**

**Legal Basis:**
Supervisors liable for:

- Direct involvement
- Failure to supervise/train

**Key Case:**

- Iqbal v. Ashcroft

**Elements:**

1. Supervisor knowledge
2. Deliberate indifference
3. Causal link

## COUNT 8
## MUNICIPAL LIABILITY (MONELL)

**City of Minneapolis**
**Legal Basis:**

- Monell v. Department of Social Services

**Elements:**

1. Policy, custom, or practice
2. Constitutional violation
3. Causation

**Supporting Theories:**

- Failure to train
- Pattern of unlawful entries
- Lack of supervision

## COUNT 9
## UNREASONABLE SEIZURE OF PROPERTY

**Fourth Amendment – §1983**
**Key Case:**

- Soldal v. Cook County

Property seizure = Fourth Amendment issue

**2. PROLONGED RETENTION (VERY IMPORTANT)**
**Key Case:**

- United States v. Place

Seizure must be **reasonable in duration**

**Also relevant:**

- Riley v. California

Phones = **heightened privacy protection**

**3. POST-DEPRIVATION DUE PROCESS**
**Fourteenth Amendment**
**Key Case:**

- City of West Covina v. Perkins

Government must provide process to recover property