# EXHIBIT A — TIMELINE + VIOLATION MATRIX

## EXHIBIT A

## TIMELINE AND CONSTITUTIONAL VIOLATION MATRIX

| Date | Event | Actor(s) | Conduct | Constitutional Violation |
|---|---|---|---|---|
| 12/05/2020–01/15/2021 | First medical distress incident | Officers / County | Denied ambulance transport | 14th Amendment – Deliberate Indifference |
| 09/17/2024 | Plaintiff requests ambulance | Officers | Request ignored | 14th Amendment |
| 09/17/2024 | Transported via squad car | Law Enforcement | Substituted police transport for medical care | Due Process Violation |
| 09/17/2024–02/16/2025 | Continued custody period | County / State | No adequate medical evaluation performed | Deliberate Indifference |
| During custody | No cardiovascular testing performed | Jail / Medical Staff | Failure to assess serious condition | 14th Amendment |
| Reports generated | Defendants | Omission of transport + medical facts | Fabrication / Due Process | |
| Ongoing | Evidence handling | All Defendants | Failure to preserve records | Spoliation Risk |

## SUMMARY

This pattern demonstrates:

- Systemic denial of medical care
- Substitution of law enforcement for emergency medical services
- Ongoing constitutional violations across multiple incidents

RECEIVED
APR 09 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
APR 09 2026
U.S. DISTRICT COURT MPLS