2:04

# We received your MNbenefits application

Inbox

help Apr 20
to me

Hi Louis Cox III,

You successfully submitted your MNbenefits application on April 20, 2026 and Hennepin County received it.

Your confirmation number is **#3843605337.**

Your application status: **Submitted to Hennepin County**

We recommended you for expedited food assistance (SNAP).

## Next steps

Your next steps in the application process may include uploading verification documents and being available for calls and

Reply Forward

CASE No: 26-CV-01838

Requesting response from judge on IFP, and Fee Waiver.

I am unable to pay

RECEIVED
APR 27 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
APR 27 2026
U.S. DISTRICT COURT MPLS