CASE 0:26-cv-01838-NEB-EMB Doc. 22 Filed 05/12/26 Page 1 of 1

CASE NO
26-CV-1838

# UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA

**Warren E. Burger Federal Building and U.S. Courthouse**
316 North Robert Street
Room 100
St. Paul, MN 55101

**Diana E. Murphy U.S. Courthouse**
300 South Fourth Street
Room 202
Minneapolis, MN 55415

**Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse**
515 West First Street
Duluth, MN 55802

**Edward J. Devitt U.S. Courthouse and Federal Building**
118 South Mill Street
Fergus Falls, MN 56537

May 12, 2026

RECEIVED
MAY 28 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Louis Edward Cox, III
2020 25th Ave N, Apt #2
Minneapolis, MN 55411

Case Number: 26-cv-1838 NEB/EMB

Re: Cox v. Pobuda et al

Greetings:

The Request for Clerk's Entry of Default and Default Judgment cannot be granted at this time.

Your Application for IFP is still pending before the Court and the initial filing fee has not been paid.

Enclosed, please find a courtesy copy of your docket sheet.

Respectfully,
**Kate M. Fogarty, Clerk**

cc: Enclosure

LT SCANNED
MAY 28 2026
U.S. DISTRICT COURT MPLS

SCANNED
MAY 28 2026
U.S. DISTRICT COURT MPLS