CASE 0:26-cv-01837-NEB-EMB Doc. 28 Filed 05/19/26 Page 1 of 1

CASE No. 26-CV-1838

# UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA

**Warren E. Burger Federal Building and U.S. Courthouse**
316 North Robert Street
Room 100
St. Paul, MN 55101

**Diana E. Murphy U.S. Courthouse**
300 South Fourth Street
Room 202
Minneapolis, MN 55415

**Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse**
515 West First Street
Duluth, MN 55802

**Edward J. Devitt U.S. Courthouse and Federal Building**
118 South Mill Street
Fergus Falls, MN 56537

## TRANSMITTAL OF APPEAL

RECEIVED
MAY 28 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Date: 5/19/2026

To: U.S. COURT OF APPEALS, 8TH CIRCUIT

From: abr, U.S. District Court-Minnesota

In Re: District Court Case No. 26-cv-1837 (NEB/EMB)
Eighth Circuit Case No.: Not yet assigned
Case Title: Cox v. Minnesota Department of Commerce Unclaimed Property Division et al.

The statutory filing fee has:

☐been paid, receipt number:
☐not been paid as of
IFP ☐is ☐is not pending
☒been waived because:
☒Application for IFP granted ☐USA filed appeal

Length of Trial: N/A

Was a court reporter utilized? ☐Yes ☒No
If yes, please identify the court reporter:

LT SCANNED
MAY 28 2026
U.S. DISTRICT COURT MPLS