Filed in District Court
State of Minnesota
6/4/2025 11:01 AM

CASE No 26-CV-1838

STATE OF MINNESOTA | DISTRICT COURT
HENNEPIN COUNTY | FOURTH JUDICIAL DISTRICT

---

State of Minnesota,

Plaintiff,

v.

Louis Edward Cox,

Defendant.

**ORDER FOLLOWING *IN CAMERA BRADY/GIGLIO* REVIEW**

MNCIS No. 27-CR-20-22815

---

This matter came before the undersigned Judge of District Court on the state's motion, to Produce Records for Brady/Giglio Review. Siara Melius, Assistant Hennepin County Attorney, represents the state. No appearance was made on behalf of the Minneapolis Police Department.

On April 30, 2025, the court ordered the subject agency to provide specified records for *in camera* review. Said records were provided to the court on May 7, 2025. The records relate to Officer Darcy Klund, Officer Garrett Parten, and Officer Ricky Plunkett from the Minneapolis Police Department.

The Court's *in camera* review is now complete.

Based on the file, record, and proceedings herein, the Court makes the following:

**CONCLUSIONS OF LAW AND ORDER**

1. The Court concludes that none of the not-public records reviewed by the Court in response to the Court's April 30, 2025, Order are discoverable under *Brady/Giglio* or the Minnesota Rules of Evidence or Criminal Procedure.

2. Accordingly, no records will be disclosed by the Court.

LT SCANNED
JUN 0 5 2026
U.S. DISTRICT COURT MPLS

RECEIVED
JUN 0 5 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Filed in District Court
State of Minnesota
6/4/2025 11:01 AM

3. The complete set of records subject to the Court's *in camera* review shall be marked as "Sealed Exhibit A" and maintained by District Court Administration as a sealed exhibit within the court file. This sealed exhibit shall not be accessed without further order of the court.

**IT IS SO ORDERED**.

BY THE COURT:

Frank, Matthew
2025.06.03
08:52:18 -05'00'

Dated: 6/3/2025

Matthew Frank
Judge of District Court

27-CR-20-22815
Filed in District Court
State of Minnesota
4/30/2025 4:17 PM

CASE No 26-cv-1838

STATE OF MINNESOTA | DISTRICT COURT

HENNEPIN COUNTY | FOURTH JUDICIAL DISTRICT

State of Minnesota,

Plaintiff,

v.

Louis Edward Cox,

Defendant.

**ORDER TO PRODUCE RECORDS FOR *IN CAMERA* REVIEW**

MNCIS No. 27-CR-20-22815

This matter came before the undersigned Judge of District Court on the state's motion. Siara Melius, Assistant Hennepin County Attorney, represents the state. The case is set for jury trial on June 16, 2025.

The state filed a motion on April 29, 2025, for production of police personnel records to the state for *Brady/Giglio* review and for a protective order governing any data subsequently determined by the state to qualify as potential *Brady/Giglio* information and thus disclosed to the defense. The Court concludes that an *in camera* review, rather than disclosure to the state for review, better safeguards the privacy rights of the subjects of the data while ensuring the defendant obtains all relevant evidence that might assist the defense. *See State v. Renneke*, 563 N.W.2d 335, 338 (Minn. Ct. App. 1997) (quoting *State v. Paradee*, 403 N.W.2d 640, 642 (Minn. 1987)).

**IT IS HEREBY ORDERED** that, within one week from receipt of this order, the listed record holding agency shall produce the following files, or summary materials from the file(s) explaining the specific allegations and dispositions, to the undersigned Judge of District Court for *in camera* review pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), their progeny, and the Minnesota Government Data Practices Act, Minn. Stat. § 13.03, subd. 6:

RECEIVED
JUN 0 5 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**Minneapolis Office of Police Conduct Review**:

- Officer Darcy Klund: CRA 96-1013, CRA 97-1126, CRA 11-3054, 18-10299 and 18-19513.
- Officer Garrett Parten: 16-03720, 16-10401, 16-21206, 17-11202, 18-09437, 18-18871, 19-02350, 20-13154 and 22-06176.
- Officer Ricky Plunkett: 21-03020, 21-09509, 22-12449, EVT-14-1, EVT-242-1 and EVT-686-1.

**Minneapolis Police Department Office of Internal Affairs**:

- Officer Ricky Plunkett: EVT-164-1, EVT-179-1, EVT-675-1 and EVT-827-1.

This disclosure shall be subject to the following terms and conditions:

1. If any of the listed file(s) were closed with the designation of "No Basis," "Unfounded," or "Exonerated," no disclosure of the file should be made and the record-holding agency shall inform the Court as such.
2. The providing agency must deliver or send to the Court a physical copy of all such records (on paper, disk, or flash drive) to be preserved as a sealed exhibit in the court file.
3. All such records sent to the Court for *in camera* review shall be unredacted.
4. Those records the Court deems discoverable following the *in camera* review will be redacted by the Court to remove any not public data related to other accused parties not expected to testify in the above-entitled matter and any other not public data that is not discoverable by law. The records will be made available to the parties consistent with this Court's Findings of Fact and Conclusions of Law, and subject to any Protective Order issued by the Court.

**IT IS SO ORDERED**.

BY THE COURT:

Dated: April 30, 2025

Frank, Matthew
2025.04.30
14:26:41 -05'00'

Matthew Frank
Judge of District Court