CASE 0:26-cv-01838-NEB-EMB Doc. 29 Filed 06/01/26 Page 1 of 1

CASE No. 26-CV-1838

UNITED STATES
DISTRICT COURT
DISTRICT OF MINNESOTA

**Warren E. Burger Federal Building and U.S. Courthouse**
316 North Robert Street
Room 100
St. Paul, MN 55101

**Diana E. Murphy U.S. Courthouse**
300 South Fourth Street
Room 202
Minneapolis, MN 55415

**Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse**
515 West First Street
Duluth, MN 55802

**Edward J. Devitt U.S. Courthouse and Federal Building**
118 South Mill Street
Fergus Falls, MN 56537

June 1, 2026

Louis Edward Cox, III
1811 Irving Ave N
Minneapolis, MN 55411

Case Number: 0:26–cv–01838–NEB–EMB

Case Title: Cox v. Pobuda et al

Re: Order Granting IFP

Dear Louis Edward Cox, III:

Your Application to Proceed in Forma Pauperis was approved. Please complete the enclosed U.S. Marshal Service Form(s) (one per defendant) and return to one of the offices indicated at the top of this form. Service cannot be performed until these completed forms have been received by the Clerk's Office.

Sincerely,

Kate M. Fogarty, Clerk

Enclosures: USM–285 form(s)

LT SCANNED
JUN 05 2026
U.S. DISTRICT COURT MPLS

RECEIVED
JUN 05 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA