**State of Minnesota** **District Court**

| County of: Hennepin | Judicial District: Fourth<br>Court File Number: 26-CV-1838(NEB/EMB)<br>Case Type: Civil - Other |
|---|---|

Louis Edward Cox III
Petitioner/Plaintiff (first, middle, last)

## Affidavit of Personal Service

and / vs

Officer Jonathan Pobuda et al.
Respondent/Defendant (first, middle, last)

I, Louis Edward Cox state that I am at least 18 years of age
(Name of person who hand-delivered documents)

having been born on 03/19/1992 and that on 03/24/2026 04/20/2026 I served the

complaint, memorandum, affidavit, Summons
(list all papers handed to the other party)

upon Aaron Haughey - REATS 3
(Name of other party)

by handing a true and correct copy of the documents to him/her at

300 S 6th St. Minneapolis MN 55487.
(street address, city, state)

I declare under penalty of perjury that everything that I have stated in this document is true and correct. Minn. Stat. § 358.116.

Dated: 03/24/2026 04/20/26

Hennepin MN
County and State where signed

Signature

Name: Louis Edward Cox III
Address: 1811 Irving Ave N
City/State/Zip: Minneapolis MN 55411
Telephone: 708-483-2233
E-mail address: louisjacksonjr10@gmail.com

RECEIVED
JUN 05 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

LT SCANNED
JUN 05 2026
U.S. DISTRICT COURT MPLS