CASE No 26-CV-1838

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**Louis Edward Cox III**

Plaintiff(s),

vs.

~~**Sergeant Darey Klund,**~~ **Minneapolis Police Department Officer Marcus Ottney, Minneapolis Police Department Officer Jonathon Pobuda**

Defendant(s).

(Enter the full name(s) of ALL plaintiffs and defendants in this lawsuit. Please attach additional pages, if necessary.)

**CERTIFICATE OF SERVICE FOR SERVICE BY MAIL**

Case No. **26-CV-1838(NEB/EM]**

LT SCANNED
JUN 0 5 2026
U.S. DISTRICT COURT MPLS

I hereby certify that on **03/24 & 04/20/26** (mm/dd/yyyy), I caused the following documents: *[List the documents you are going to file and serve.]*

**Amended Complaint, Memorandum of Law, and Affidavit in supoport of complaint and memorandum**

*[Check the box, below, that applies to how you served the above documents.]*

☑ to be filed electronically with ~~the Clerk of Court through ECF and/or~~ Aaron Haughey REATS 3

☐ that I caused a copy of the foregoing documents (and the notice of electronic filing, if filed electronically) to be mailed by first class mail, postage paid, to the following: *[List names and addresses of those served by U.S. Mail.]*

~~**Sergeant Darey Klund**~~**, Minneapolis Police Department Officer Marcus Ottney, Minneapolis Police Department Officer Jonathon Pobuda, (Mpls City Attorney's Office 350 S. 5th Street Room 210, Minneapolis MN 55415 / Minneapoplis Police department 350 S. 5th St. Minneapolis MN 55415**

RECEIVED
JUN 0 5 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Date: **06/03/2026**

s/ **Louis Edward Cox III**

**Signature of filing party**

**Louis Edward Cox III**

Filer's Typed Name

***UNITED STATES DISTRICT COURT***
***DISTRICT OF MINNESOTA***

***Louis Edward Cox III***
*Plaintiff,*

*v.*

***Officer Souphaphone Daoheuang, Minneapolis Police Department***
***Officer Alexandra Dubay, Alcohol and Gambling Taskforce***
***Sergeant Darcy Klund, Minneapolis Police Department***
***Officer Marcus Ottney, Minneapolis Police Department***
***Officer Garrett Parten, Minneapolis Police Department***
***Tony Partyka, Minneapolis Police Department***
***Officer Ricky Plunkett, Minneapolis Police Department***
***Officer Jonathon Pobuda, Minneapolis Police Department***
*Defendant,*

*Case No. 26-cv-1838(NEB/EMB)*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2026 and April 20, 2026, I caused the following documents:

1. Complaint;
2. Memorandum of Law;
3. Affidavit in Support of Complaint and Memorandum of Law;
4. Related accompanying filings and service materials;

to be served upon the following Defendants by United States Mail and/or other authorized means of service:

Officer Jonathan Pobuda
Minneapolis Police Department
350 South 5th Street
Minneapolis, MN 55415

Officer Marcus Ottney
Minneapolis Police Department
350 South 5th Street
Minneapolis, MN 55415

and/or

Minneapolis City Attorney's Office
350 South 5th Street, Room 210
Minneapolis, MN 55415

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/3/2026

Louis Edward Cox III
1811 Irving Ave N
Minneapolis, MN 55411

708-483-2233