RECEIVED
AUG 0 6 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Louis Edward Cox, III,

Plaintiff,

v.

OFFICER JONATHAN POBUDA, et al.,

Defendants.

Case No.: 0:26-cv-01838-NEB-EMB

OPERATIVE PROCEDURAL BASE:
Fed. R. Civ. P. 15, 16; local Rule 7.1

PLAINTIFF'S OMNIBUS EMERGENCY NOTICE AND MOTION TO WITHDRAW AND STRIKE PENDING AMENDMENT FILINGS (ECF NOS. 49 & 50) DUE TO CLERICAL ERROR AND PREMATURITY

Plaintiff Louis Edward Cox, III, proceeding pro se, respectfully moves this Court for an emergency order permitting him to completely withdraw his pending Motion for Leave to Amend and its supporting attachments, currently filed as ECF No. 49 and ECF No. 50. Plaintiff further requests that the Court strike these entries from the active docket as a clerical error without prejudice to his right to seek formal amendment at a procedurally appropriate juncture following the completion of the discovery phase. In support of this Motion, Plaintiff states as follows:

1. This civil rights action is brought under 42 U.S.C. §§ 1983 and 1985 to redress systematic deprivations of Plaintiff's rights secured by the First, Fourth, Second, and Fourteenth Amendments to the United States Constitution.

2. On June 18, 2026, Magistrate Judge Elsa M. Bullard entered an explicit, binding Text-Only Order on the electronic case docket (ECF No. 38) denying Plaintiff's initial motion to amend as premature, holding that any expanded amendment proceedings should be deferred until after Defendants entered a formal appearance.

3. On July 27, 2026, due to an inadvertent technical filing error and miscalculation, the documents designated as ECF No. 49 and ECF No. 50 were uploaded and posted onto the public electronic case docket, attempting to place an expansive second amended complaint into operation.

SCANNED
AUG 0 6 2026
U.S. DISTRICT COURT MPLS

4. On August 6, 2026, the served Defendants filed an official response to Plaintiff's motion to redact (ECF No. 56), asserting that Plaintiff failed to identify the specific confidential data blocks within those entries and requesting further structural clarifications.

5. Plaintiff explicitly states to the Court that the sole purpose of this Omnibus Motion is to completely withdraw ECF No. 49 and ECF No. 50 from judicial consideration because Plaintiff explicitly acknowledges that he has inadvertently compiled multiple complex complaints, and determined that proceeding on ECF No. 49-1 at this pre-discovery stage is procedurally premature.

6. Plaintiff presently lacks the exact, unredacted public safety data logs, body-camera metadata registers, and individual custody files necessary to plead the precise, personal involvement of every proposed target officer. Plaintiff seeks an absolute withdrawal to prevent wasting the valuable resources of this Honorable Court, the defense counsel, and his own limited litigation assets.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion, strike ECF No. 49 and ECF No. 50 from the active record as an unadjudicated error without prejudice, and allow this civil action to move forward strictly on the basis of the currently operative pleading until the formal discovery phase has concluded.

Dated: August 6, 2026

Respectfully submitted,

/s/ Louis Edward Cox, III

Louis Edward Cox, III
1811 Irving Ave N
Minneapolis, MN 55411
(708) 483-2233
Plaintiff Pro Se