UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Louis Edward Cox, III,

Plaintiffs,

vs.

Jonathan Pobuda, et al.,

Defendants.

Case No. 26-CV-01838 (NEB/EMB)

**STATEMENT THAT REDACTION IS IMPRACTICABLE**

Exhibits 4 and 5 to the Declaration of Sandra Mykleby in Support of Defendants' Motion to Dismiss are being filed under temporary seal pursuant to LR 5.6(d). Redaction of these video exhibits is impracticable as they consist entirely of information that is not public under the Minnesota Government Data Practices Act and Minn. Stat. § 609A.015.

Dated: September 3, 2026

MINNEAPOLIS CITY ATTORNEY'S OFFICE
Kristyn Anderson, City Attorney
By
*/s/ Antonia Konkoly*

ANTONIA KONKOLY (#504377)
MARK ENSLIN (#338813)
MICHAEL BREY (#398620)
Assistant City Attorneys
City Hall, Room 210
350 South Fifth Street
Minneapolis, MN 55415
(612) 430-8310
(612) 673-2548
toni.konkoli@minneapolismn.gov
mark.enslin@minneapolismn.gov
michael.brey@minneapolismn.gov

*Attorneys for Defendants*